145 A.3d 1084

DEBRA DUGAN, ALAN FOX, AND ROBERT CAMERON ON BE-
HALF OF THEMSELVES AND ALL OTHER SIMILARLY, SITU-
ATED, PLAINTIFFS–MOVANTS, v. TGI FRIDAYS, INC., CARL-
SON RESTAURANTS WORLDWIDE, INC., ON BEHALF OF
THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,
DEFENDANTS–RESPONDENTS.

July 26, 2016.

It is ORDERED that the motion for leave to appeal is granted.

145 A.3d 1084

ERNEST BOZZI, ON BEHALF OF HIMSELF AND ALL OTHERS,
ET AL., PLAINTIFFS–RESPONDENTS, v. OSI RESTAURANT
PARTNERS, LLC (T/A CARRABBAS'S ITALIAN GRILL), ET
AL., DEFENDANTS–MOVANTS.

July 26, 2016.

It is ORDERED that the motion for leave to appeal is granted.

145 A.3d 1084

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v.
MARK DUNBAR, DEFENDANT–RESPONDENT

July 26, 2016.

It is ORDERED that the motion for leave to appeal is granted.